UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 05-15376 |
| | | CHAPTER 13 |
| AMY L. SULKEN | | |
| GREGORY M. SULKEN | : | JUDGE BURTON PERLMAN |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

   Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

   The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916292 | $218.58 |

Creditor(s)
CitiFinancial Inc.
P.O. Box 220745
Charlotee, NC 282220745

                                                                      Respectfully submitted,

                                         /s/    Margaret A. Burks, Esq.
                                                      Margaret A. Burks, Esq.
                                                      Chapter 13 Trustee
                                                      Attorney No. OH 0030377

                                                      Francis J. DiCesare, Esq.
                                                      Staff Attorney
                                                      Attorney No. OH 0038798

                                                      Karolina F. Perr, Esq.
                                                      Staff Attorney
                                                      Attorney No. OH 0066193

                                                      600 Vine Street, Suite 2200
                                                      Cincinnati, OH 45202
                                                      (513) 621-4488
                                                      (513) 621 2643 (Facsimile)
                                                      mburks@cinn13.org - Correspondence only
                                                      fdicesare@cinn13.org
                                                      kperr@cinn13.org
                                                      cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, December 16, 2009.

    /s/    Margaret A. Burks, Esq.
           Margaret A. Burks, Esq.

CitiFinancial Inc.
P.O. Box 220745
Charlotee, NC 282220745

Debtor(s) Counsel
GREGORY M. WETHERALL, ESQ.
4030 MT. CARMEL-TOBASCO
SUITE 122
CINCINNATI, OH  45255

Debtor(s)
AMY L. SULKEN
GREGORY M. SULKEN
1371 TALLBERRY DRIVE
CINCINNATI, OH  45230

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)